ROGERS JOSEPH O'DONNELL
Renée D. Wasserman (State Bar No. 108118)
rwasserman@rjo.com
Alecia E. Cotton (State Bar No. 252777)
acotton@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:   415.956.6457

Attorneys for Defendant
SHEMRAN, INC. dba Barons Market

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI MORGAN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SHEMRAN, INC., a California Corporation dba Barons Market; and DOES 1 to 10,<br><br>                    Defendants. | Case No.  **'22 CV0553 TWR NLS**<br><br>San Diego County Superior Court<br>Case No. 37-2022-00009225-CU-CR-CTL<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**<br><br>Date of First Filing:  March 10, 2022 |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

   **PLEASE TAKE NOTICE** that Defendant Shemran, Inc. dba Barons Market ("Barons" or "Defendant") hereby removes to this Court the state court action described below.

**I.     FILING AND SERVICE OF THE COMPLAINT**

   1. On March 10, 2022, Plaintiff Traci Morgan ("Plaintiff") filed a Complaint (the "Complaint") in the Superior Court of California for the County of San Diego, thereby commencing that certain lawsuit entitled *Traci Morgan v. Shemran, Inc. dba Baron's Market; and Does 1-10*, Case No. 37-2022-00009225-CU-CR-CTL (the "State Court

Action").

2. On March 22, 2022, Plaintiff served a copy of the Complaint and Summons on Defendant. Attached hereto as <u>Exhibit 1</u> ("Ex. 1") are true and correct copies of all process, pleadings, and orders in the State Court Action. Defendant has not yet responded to the Complaint. There are no other named defendants.

3. On April 21, 2022, Defendant filed this Notice of Removal within 30 days of service pursuant to 28 U.S.C. § 1446(b)(2).

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS FEDERAL QUESTION JURISDICTION

4. Defendant is entitled to remove the State Court Action to this Court because it is a civil action brought in a state court which is being removed to the District Court for the District where the action is pending, and over which this Court has original jurisdiction because the State Court Action asserts a claim arising under the laws of the United States. *See* 28 U.S.C. §§ 1331, 1441(a). Specifically, the Complaint in the State Court Action asserts claims for alleged violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq. *See* State Court Action Complaint at ¶¶ 9, 27, 31, 38, 41, 43; *see also* Complaint at p. 9, lines 3-14. As such, the adjudication of Plaintiff's underlying federal ADA claims is the core issue of this lawsuit.

## III. DEFENDANT HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

5. Defendant's removal of the State Court Action to this Court is timely. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after receipt by Defendant, through service or otherwise, of a copy of the Complaint in the State Court Action, which was the paper from which it could first be ascertained that the case is one which is or has become removable.

6. In compliance with 28 U.S.C. § 1446(d), Defendant will provide written notice of the filing of this Notice of Removal to all adverse parties and file a copy with the clerk of court in the State Court Action.

1  7. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

**IV. CONCLUSION**

Defendant respectfully requests that this action be removed from the Superior Court of California for the County of San Diego to the United States District Court for the Southern District of California.

Dated:  April 21, 2022                    ROGERS JOSEPH O'DONNELL


By:   */s/ Alecia E. Cotton*
       RENÉE D. WASSERMAN
       ALECIA E. COTTON

       Attorneys for Defendant
       SHEMRAN, INC. dba Baron's Market