CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq. SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
*AmandaS@potterhandy.com*

Attorneys for Plaintiff

ROGERS JOSEPH O'DONNELL
Renée D. Wasserman (State Bar No. 108118)
*rwasserman@rjo.com*
Alecia E. Cotton (State Bar No. 252777)
*acotton@rjo.com*
Emily A. Wieser (State Bar No. 311315)
*ewieser@rjo.com*
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:   415.956.6457

Attorneys for Defendant
SHEMRAN, INC. dba Barons Market

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI MORGAN,<br><br>       Plaintiff,<br><br>    vs.<br><br>SHEMRAN, INC., a California<br>Corporation, dba Baron's Market;<br>and Does 1-10,<br><br>       Defendants. | Case: 3:22-cv-00553-TWR-NLS<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**<br><br>Date of first filing: March 10, 2022 |

Page 1

1          Plaintiff Traci Morgan ("Plaintiff") and Defendant Shemran Inc.

2    dba Barons Market ("Defendant") (collectively the "Parties"), by and through

3    their counsel of record, hereby submit this Joint Motion for Voluntary

4    Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the

5    "Motion").  The Parties, by and through their attorneys of record, hereby move

6    the Court as follows:

7          WHEREAS, Plaintiff filed a complaint in Superior Court of the

8    State of California, County of San Diego on March 10, 2022;

9          WHEREAS, Defendant removed the action on or about April 21,

10    2022;

11          WHEREAS, the Parties bring this Motion as the matter has been

12    resolved to the satisfaction of the Parties;

13          WHEREAS, pursuant to the agreement of the Parties, the Parties

14    respectfully request the Court enter an order to dismissing the above-entitled

15    action and all claims asserted by Plaintiff therein pursuant to Fed. R. Civ. P.

16    41(a)(1)(A)(ii);

17          WHEREAS, the Parties agree that the dismissal is with prejudice

18    as to all of Plaintiff's claims;

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

JOINT MOTION FOR VOLUNTARY DISMISSAL – CASE NO: 3:22-cv-00553-TWR-NLS

555865.2

1    WHEREAS, the Parties agree to bear their own fees and costs.

2

3    Dated:  November 16, 2022          CENTER FOR DISABILITY ACCESS

4

5                                       By: /s/ Amanda Seabock
                                        Amanda Seabock
6                                       Attorneys for Plaintiff

7

8

9    Dated:  November 16, 2022          ROGERS JOSEPH O'DONNELL

10

11                                      By: /s/ Alecia E. Cotton
                                        Alecia E. Cotton
12                                      Attorney for Defendant
                                        Shemran, Inc. dba Barons Market
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION FOR VOLUNTARY DISMISSAL – CASE NO: 3:22-cv-00553-TWR-NLS

555865.2

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Alecia E. Cotton, counsel for Shemran, Inc. dba Barons Market, and that I have obtained authorization to affix her electronic signature to this document.

Dated:  November 16, 2022          CENTER FOR DISABILITY ACCESS

By:  /s/ Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

JOINT MOTION FOR VOLUNTARY DISMISSAL – CASE NO: 3:22-cv-00553-TWR-NLS

555865.2